ACCEPTED
05-15-01502-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/21/2015 4:09:29 PM
LISA MATZ
CLERK

FILED

**Cause Number F14-34606-V**

2015 DEC -8 PM 1: 28

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/21/2015 4:09:29 PM
LISA MATZ
Clerk
DEPUTY

| | | |
|---|---|---|
| **LAMONTE WESLEY BROWN** | § | **292ND JUDICIAL DISTRICT** |
| **V.** | § | **COURT OF** |
| **THE STATE OF TEXAS** | § | **DALLAS COUNTY, TEXAS** |

## NOTICE OF APPEAL

Lamonte Wesley Brown (hereinafter Appellant) was convicted under trial court cause number F14-34606-V in the 292nd Judicial District Court of Dallas County, Texas in a case styled in the trial court as The State of Texas v. Lamonte Wesley Brown. Through his appointed appellate counsel, Michael R. Casillas, Appellant hereby provides notice to the trial court that it his desire to appeal the trial court's judgment of conviction of December 2, 2015. Appellant desires to appeal the trial court's judgment of conviction to the Fifth District Court of Appeals in Dallas, Texas.

Michael R. Casillas, Attorney At Law
SBOT #03967500
351 S. Riverfront Blvd.
Dallas, Texas 75207
214.748.5200
michael@londonlawdfw.com

## CERTIFICATE OF SERVICE

_____Undersigned appointed appellate counsel hereby certifies that a true and correct copy of the foregoing document – in either paper or electronic format – has been served on counsel for the opponent, the State of Texas, by either delivering said copy by hand to the Appellate Division of the Office of the Dallas County District Attorney, 133 N. Riverfront Blvd., LB 19, Dallas, Texas 75207 or by e-mailing said copy to the e-mail address of the said Appellate Division (*i.e.*, DCDAAppeals@dallascounty.org) no later than January 5, 2015.


Michael R. Casillas,
Attorney At Law